THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ROBERT H. LUKE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF TACOMA, a municipal corporation and the TACOMA POLICE DEPARTMENT, a municipal subdivision of the City of Tacoma, SEAN GUSTAFSON, FRANK KRAUSE, MIKE AKE and DONALD RAMSDELL,<br><br>　　　　　Defendants. | NO. 3:18-cv-05245-BHS<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL OF PLAINTIFF'S EQUAL PROTECTION AND RCW 49.60 CLAIMS<br><br>Noted for consideration:<br>September 11, 2019 |

## STIPULATION

WHEREAS the Court issued an order dismissing plaintiff's equal protection claims with prejudice (Dkt. 17); and

WHEREAS after the Court dismissed plaintiff's equal protection claims with prejudice, plaintiff filed his Second Amended Complaint (Dkt. 30); and

STIPULATION & AGREED ORDER DISMISSING
EQUAL PROTECTION & RCW 49.60 CLAIMS
Page 1 of 3
(3:18-cv-05245-BHS)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
253-591-5885 / Fax 253-591-5755

WHEREAS Plaintiff's Second Amended Complaint purports to assert both an equal protection claim (Sixth Cause of Action) and discrimination claims pursuant to Washington's Law Against Discrimination, Chapter 49.60 RCW (Fourth Cause of Action); and

WHEREAS plaintiff's RCW 49.60 discrimination claims are predicated on the same factual allegations as plaintiff's equal protection claim;

NOW THEREFORE, the parties, represented by their undersigned counsel, hereby stipulate to the dismissal of plaintiff's equal protection claims (Sixth Cause of Action) and plaintiff's RCW 49.60 discrimination claims (Fourth Cause of Action), as stated in plaintiff's Second Amended Complaint.

DATED this 11th day of September, 2019.

RUSH, HANNULA, HARKINS & KYLER, LLP

By: _____
DANIEL R. KYLER
WSB #12905
Attorney for Plaintiff

LAW OFFICES OF CHRISTOPHER R. MCLEOD

By: _____
CHRISTOPHER R. MCLEOD
WSB #14190
Attorney for Plaintiff

WILLIAM C. FOSBRE, City Attorney

By: _____
JEAN P. HOMAN
WSB #27084
MICHELLE N. YOTTER
WSB #49075
Attorneys for Defendant

STIPULATION & AGREED ORDER DISMISSING
EQUAL PROTECTION & RCW 49.60 CLAIMS
Page 2 of 3
(3:18-cv-05245-BHS)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
253-591-5885 / Fax 253-591-5755

## ORDER

It is so ordered.

Dated this ____12____ day of September, 2019.

_____
HON. BENJAMIN H. SETTLE

## CERTIFICATE OF SERVICE

I hereby certify that on ____9-11-19____, I electronically filed, through my staff, the foregoing with the Clerk of the Court using the CM/ECF system to the following:

**Attorneys for Plaintiff**

Daniel R. Kyler
Rush Hannula Harkins & Kyler LLP
4701 S 19th St, Ste 300
Tacoma, WA 98405-1199

Christopher R. McLeod
Law Office of Christopher R. McLeod
PO Box 65252
University Place, WA 98464-1252

_____
JEAN P. HOMAN
WSBA#27084
Attorney for Def. City of Tacoma
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885
Fax: (253) 591-5755
jhoman@ci.tacoma.wa.us

STIPULATION & AGREED ORDER DISMISSING
EQUAL PROTECTION & RCW 49.60 CLAIMS
Page 3 of 3
(3:18-cv-05245-BHS)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
253-591-5885 / Fax 253-591-5755