# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ROBERT H. LUKE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF TACOMA, a municipal corporation, et al.,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:18-cv-05245-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

　　Defendant's renewed motion for summary judgment (Dkt. 99) is granted. Judgment is for defendant.

Dated this 12th day of May 2021.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　*s/Kailyn M. Cook*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk